# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | |
|---|---|
| United States of America<br>v.<br><br>JOHN KEVIN WALKER<br><br>*Defendant(s)* | )<br>)<br>)  Case No. 3:22-mj-00211<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT
## BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date(s) of November 23, 2022 in the county of Marion in the District of Oregon, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. 841(a)(1) and 841(b)(1)(B) | Possession with the Intent to Distribute a Controlled Substance (methamphetamine). |
| 18 U.S.C. 924(c) | Possession of a Firearm in Furtherance of a Drug Trafficking Crime. |
| 18 U.S.C. 922(g)(1) | Felon in Possession of a Firearm. |

This criminal complaint is based on these facts:

See affidavit of ATF Special Agent Graham Bogumill, which is attached and incorporated by reference herein.

☑ Continued on the attached sheet.

/s/ By Phone
*Complainant's signature*

Graham Bogumill, Special Agent, ATF
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at 12:43 p.m.

Date: 11/29/2022

*Judge's signature*

City and state: Portland, Oregon    Hon. Andrew Hallman, U.S. Magistrate Judge
*Printed name and title*